UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:** 2:23-cv-04544-SPG-BFM   **Date:** August 28, 2023

**Title:** *Michael Saffar v. W. Z. Jenkins, et al.*

===================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(In Chambers) Order to Show Cause**

On July 18, 2023, this Court issued an Order Dismissing Complaint with Leave to Amend. (ECF No. 12.) The Order gave Plaintiff until August 17, 2023, to file a First Amended Complaint that remedied the deficiencies discussed in the Order. The Order expressly admonished Plaintiff that, if he failed to timely file a First Amended Complaint, the Court would recommend that the action be dismissed for failure to prosecute and/or comply with court orders. To date, Plaintiff has not filed a First Amended Complaint.

Accordingly, **no later than September 18, 2023, Plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the First Amended Complaint on or before September 18, 2023, shall be deemed compliance with this Order to Show Cause. **Plaintiff's failure to file a First Amended Complaint by September 18, 2023, shall result in the Court recommending that this action be dismissed.**

**IT IS SO ORDERED**.

cc:   Michael Saffar, pro se

Initials of Preparer:   ch