JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL SAFFAR, | No. 2:23-cv-04544-SPG-BFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| W. Z. JENKINS, et al., | |
| Defendants. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is denied and the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: January 8, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE